FILED
CLERK, U.S. DISTRICT COURT
6/9/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
|---|---|
| PLAINTIFF, | |
| v. | ON COMPLAINT |
| DAVID JOSE HUERTA, | |
| DEFENDANT. | CASE NO.: 2:25-mj-03504-DUTY |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest DAVID JOSE HUERTA and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Conspiracy to Impede an Officer, in violation of Title 18, United States Code, Section 372.

REC:  BY AUSA Shawn Andrews          [Detention]

June 8, 2025 at 11:42 a.m.
Date

Hon. Jacqueline Chooljian

*[signature]*
Signature of Magistrate Judge

| RETURN ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): 2465 E 16th St, Los Angeles, California ||
| DATE RECEIVED 06/08/2025<br>DATE OF ARREST 06/06/2025<br><br>NAME AND TITLE OF ARRESTING OFFICER<br>Ryan Ribner, Supervisory Special Agent | SIGNATURE OF ARRESTING OFFICER<br>RYAN M RIBNER<br>Digitally signed by RYAN M RIBNER<br>Date: 2025.06.09 09:49:23 -07'00' |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| DHS: Homeland Security Investigations | 501 W Ocean Blvd, Ste 7200<br>Long Beach, CA 90802 |

NOTES:

**WARRANT FOR ARREST ON COMPLAINT**                                Page 2 of 2