FILED
CLERK, U.S. DISTRICT COURT
June 30, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ch  DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5339
     Facsimile: (213) 894-0141
     E-mail:    shawn.nelson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-MJ-03504 |
| Plaintiff, | [PROPOSED] ORDER CONTINUING FILING DATE FOR INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for Continuance of Filing Date for Information or Indictment Pursuant to the Speedy Trial Act, filed by the parties in this matter on June 30, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the deadline to file an indictment or information and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the return of an indictment or filing of an information

1  within the original thirty-day period; (ii) failure to grant the
2  continuance would be likely to make a continuation of the proceeding
3  impossible, or result in a miscarriage of justice; and (iii) failure
4  to grant the continuance would unreasonably deny defendant continuity
5  of counsel and would deny defense counsel the reasonable time
6  necessary for effective preparation, taking into account the exercise
7  of due diligence.
8      THEREFORE, FOR GOOD CAUSE SHOWN:
9      1.   The date that any indictment or information in this matter
10 must be filed pursuant to 18 U.S.C. § 3161(b) is continued from July
11 6, 2025, to August 5, 2025.
12     2.   The time period of July 6, 2025, to August 5, 2025,
13 inclusive, is excluded in computing the time within which an
14 indictment must be filed, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
15 (h)(7)(B)(i), and (B)(iv).
16     3.   Nothing in this Order shall preclude a finding that other
17 provisions of the Speedy Trial Act dictate that additional time
18 periods are excluded from the period within which trial must
19 commence.  Moreover, the same provisions and/or other provisions of
20 the Speedy Trial Act may in the future authorize the exclusion of
21 //
22 //
23
24
25
26
27
28

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| | |
|---|---|
| June 30, 2025 | *Bmirff* |
| DATE | HON. BRIANNA FULLER MIRCHEFF<br>UNITED STATES MAGISTRATE JUDGE |

Presented by:
    /s/

SHAWN J. NELSON
Assistant United States Attorney