1  BILAL A. ESSAYLI
   Acting United States Attorney
2  JOSEPH T. MCNALLY
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   MARK AVEIS (Cal. Bar No. 107881)
4  NEIL THAKOR (Cal. Bar No. 308743)
   Assistant United States Attorneys
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4477/6595
7       Facsimile: (213) 894-6269
        E-mail:    mark.aveis@usdoj.gov
8                  neil.thakor@usdoj.gov
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:25-MJ-3504-DUTY

13            Plaintiff,               THIRD STIPULATION FOR EXCLUDABLE
                                       TIME FOR FILING OF INFORMATION OR
14            v.                       INDICTMENT PURSUANT TO SPEEDY
                                       TRIAL ACT
15  DAVID JOSE HUERTA,

16            Defendant.               [No hearing set]

17

18

19

20       Plaintiff United States of America, by and through its counsel

21  of record, and defendant David Jose Huerta, ("defendant"), by and

22  through his counsel of record, hereby stipulate as follows:

23       1.   On June 6, 2025, defendant was arrested on a complaint

24  charging a violation of 18 U.S.C. sec. 372.  (Dkt. 1.)  On June 9,

25  2025, defendant first appeared on the complaint.  (Dkt. 9.)

26  Defendant waived preliminary hearing.  (Dkt. 5.)  The Speedy Trial

27  Act, 18 U.S.C. sec. 3161 *et seq.,* originally required that an

28  indictment or information be filed by July 6, 2025.

2.    On June 29, 2025, the parties stipulated, and the Court found good cause, to exclude time for the filing of an information or indictment to and including August 5, 2025. (Dkts. 19, 20.)

3.    On August 1, 2025, the parties again stipulated to exclude time for the filing of an information or indictment, to and including September 19, 2025. (Dkt. 21.)  The Court approved that stipulation. (Dkt. 22.)

4.    By this stipulation, defendant hereby again waives his rights under 18 U.S.C. § 3161(b), agrees that time should be further excluded, as more fully described below, and moves to continue the date by which an information or indictment must be filed to October 17, 2025.

5.    The parties agree and stipulate, and request that the Court find the following:

    a.    The ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because defense counsel represents that:

        i.    Prior to being able to meaningfully consult with defendant regarding the case, including the possibility of reaching a disposition prior to or concurrent with the filing of an indictment or information in this case, defense counsel will need additional time to confer with defendant; and

        ii.    Additional time is necessary to confer with defendant, review the discovery and potential evidence in the case, and prepare for trial in the event that a resolution does not occur. Defense counsel represents that failure to grant the continuance

would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

           iii.    More specifically, defense counsel will need time to review additional discovery, including witness interview reports, that the government, as condition of this stipulation, agrees to provide to defense counsel not later than September 19, 2025.

6.    Based on the foregoing, the parties request that the Court find that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(b), within which an information or indictment must be filed, the time period of September 19, 2025 to October 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h) because the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

7.    The parties further stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

///
///
///
///
///
///
///
///

additional time periods are excludable from the period within which

an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: September 11, 2025          BILAL A. ESSAYLI
                                   Acting United States Attorney

                                   JOSEPH T. MCNALLY
                                   Assistant United States Attorney
                                   Acting Chief, Criminal Division

                                   *Mark Aveis*
                                   _____
                                   MARK AVEIS
                                   NEIL THAKOR
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: September 12, 2025          /s/ per email authorization 9/12/2025
                                   _____
                                   MARILYN E. BEDNARSKI
                                   Attorney for Defendant
                                   DAVID JOSE HUERTA


                                   see atta he  pa e
                                   _____
                                   DAVID JOSE HUERTA

1  additional time periods are excludable from the period within which

2  an information or indictment must be filed.

3       IT IS SO STIPULATED.

4  Dated: September 11, 2025        BILAL A. ESSAYLI
                                    Acting United States Attorney
5
                                    JOSEPH T. MCNALLY
6                                   Assistant United States Attorney
                                    Acting Chief, Criminal Division
7

8                                   _____

9                                   MARK AVEIS
                                    NEIL THAKOR
10                                  Assistant United States Attorneys

11                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

12  Dated: September 12, 2025       _____

13                                  MARILYN E. BEDNARSKI
                                    Attorney for Defendant
14                                  DAVID JOSE HUERTA

15                                  _____

16                                  DAVID JOSE HUERTA

17

18

19

20

21

22

23

24

25

26

27

28