BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4850
    Facsimile: (213) 894-0141
    E-mail:   Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03504-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

The Acting United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant DAVID JOSE HUERTA without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

//

//

1

Counsel for defendant does not object to dismissal, but requests that the dismissal be with prejudice rather than without.

Dated: October 17, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
FRANCES S. LEWIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA